**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVEN WAYNE FELDMANN,

    Plaintiff,

    v.

DANE COUNTY JAIL et al.,

    Defendants.

3:15-cv-125-RCJ-WGC

**TRANSFER ORDER**

**I.  DISCUSSION**

Plaintiff, a *pro se* prisoner who is incarcerated in Wisconsin, has submitted an application to proceed *in forma pauperis* and a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1). Plaintiff sues various defendants for events that took place while Plaintiff was incarcerated at the Dane County Jail in Madison, Wisconsin. (ECF No. 1-1 at 1). All of the defendants reside in Wisconsin. (*Id.* at 2-3).

Pursuant to 28 U.S.C. § 1391(b), a plaintiff may bring an action in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). Pursuant to 28 U.S.C. § 1406, if a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may "transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

The Court finds that the District of Nevada is not the appropriate venue for this action because the events occurred in Madison and the defendants reside in Madison. Madison is

in the Western District of Wisconsin. The Court directs the Clerk of the Court to transfer this action to the United States District Court for the Western District of Wisconsin. This Court offers no opinion on the merits of this action or on the application to proceed *in forma pauperis*. The Clerk of the Court is directed to close the case in this Court.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court shall transfer this case to the United States District Court for the Western District of Wisconsin.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case in this Court.

Dated: This 25th day of March, 2015.

_____
United States District Judge