**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVEN WAYNE FELDMANN,

    Plaintiff,

v.

DANE COUNTY JAIL et al.,

    Defendants.

3:15-cv-125-RCJ-WGC

**ORDER**

**I.    DISCUSSION**

On March 25, 2015, this Court transferred this case. (ECF No. 3). Plaintiff should file all future filings with the transferee court, the Western District of Wisconsin. The Court will not accept any further filings in this case. As such, Plaintiff's motion pro se to dismiss and waive court costs (ECF No. 7) and motion pro se to dismiss 2nd waive court costs do to stolen documents (ECF No. 8) are denied.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion pro se to dismiss and waive court costs (ECF No. 7) is denied.

IT IS FURTHER ORDERED that the motion pro se to dismiss 2nd waive court costs do to stolen documents (ECF No. 8) is denied.

Dated: June 1, 2015.

_____
United States District Judge